AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of ) <br> ) <br> INFORMATION ASSOCIATED WITH TWITTER ) <br> ACCOUNT VST09361525 THAT IS STORED AT ) <br> PREMISES CONTROLLED BY TWITTER ) <br> ) | Case No.  2:20-sw-0590 CKD <br><br> **SEALED** |

**FILED**
Nov 24, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   California
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before   July 14, 2020   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   June 30, 2020 at 1:41 pm

*Judge's signature*

City and state:   Sacramento, California   Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| | Return | |
|---|---|---|
| Case No.:<br>2:20-SW-0590 CKD | Date and time warrant executed:<br>06/30/20 at 3:53 PM | Copy of warrant and inventory left with:<br>Support@twitter.com |

Inventory made in the presence of :
  Orcina Pacheco-Garcia

Inventory of the property taken and name of any person(s) seized:

  File folders and CD containing Twitter account information and content for Twitter User VST 09361525

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

          /s/ Agent Pacheco

Subscribed, sworn to, and returned before me this date.

   _Carolyn K. Delaney_
       Signature of Judge

                    November 24, 2020
                         Date

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Twitter profile with username @Vst09361525 at https://twitter.com/Vst09361525 that is stored at premises owned, maintained, controlled, or operated by Twitter, a company headquartered in San Francisco, California.

## ATTACHMENT B

## Particular Things to be Seized

**I.     Information to be disclosed by Twitter**

To the extent that the information described in Attachment A is within the possession, custody, or control of Twitter, including any messages, records, files, logs, or information that have been deleted but are still available to Twitter, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Twitter is required to disclose the following information to the government for each account listed in Attachment A:

a. All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

b. All past and current usernames, account passwords, and names associated with the account;

c. The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

d. All IP logs and other documents showing the IP address, date, and time of each login to the account;

e. All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

f. All "Tweets" and Direct Messages sent, received, "favorited," or retweeted by the account, and all photographs or images included in those Tweets and Direct Messages;

g. All information from the "Connect" tab for the account, including all lists of Twitter users who have favorited or retweeted Tweets posted by the account, as well as a list of all Tweets that include the username associated with the account (*i.e.*, "mentions" or "replies");

h. All photographs and images in the user gallery for the account;

i. All location data associated with the account, including all information collected by the "Tweet With Location" service;

j. All information about the account's use of Twitter's link service, including all

        longer website links that were shortened by the service, all resulting shortened links, and all information about the number of times that a link posted by the account was clicked;

k. All data and information that has been deleted by the user;

l. A list of all of the people that the user follows on Twitter and all people who are following the user (*i.e.*, the user's "following" list and "followers" list);

m. A list of all users that the account has "unfollowed" or blocked;

n. All "lists" created by the account;

o. All information on the "Who to Follow" list for the account;

p. All privacy and account settings;

q. All records of Twitter searches performed by the account, including all past searches saved by the account;

r. All information about connections between the account and third-party websites and applications;

s. All records pertaining to communications between Twitter and any person regarding the user or the user's Twitter account, including contacts with support services, and all records of actions taken, including suspensions of the account.

Twitter is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of (i) Title 18, United States Code, Sections 2252(a)(2) and 2252A(a)(1)&(2) (Distribution of Child Pornography); (ii) Title 18, United States Code, Section 2252(a)(4)(B) (Possession of Child Pornography); and (iii) Title 18, United States Code, Sections 2252(a)(2) (Receipt of Child Pornography and Attempted Receipt of Child Pornography) involving Vst09361525 since 03/23/2020, including, for each user ID identified on

2

Attachment A, information pertaining to the following matters:

    a. Evidence of a sexual interest in minors;

    b. Sexually explicit communications and/or chats with, and receipt of sexually explicit images/videos from minors;

    c. Evidence indicating how and when the Twitter account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Twitter account owner;

    d. Evidence indicating the Twitter account owner's state of mind as it relates to the crime under investigation;

    e. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

    f. The identity of the person(s) who communicated with the user ID about matters relating to, sexually explicit communications and/or chats with, and receipt of sexually explicit images/videos from minors including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.